**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN O. EGUILOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZARRAGA, WARDEN,<br><br>　　　　Respondent. | Case No. CV 16-6646 JGB (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

The Court has reviewed the First Amended Petition, Respondent's Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Respondent's Motion to Dismiss is DENIED WITHOUT PREJUDICE to raising exhaustion and timeliness arguments in an Answer to the Petition.

**IT IS FURTHER ORDERED** that Petitioner shall file, within **fourteen days** of the date of this Order, either (1) a request for a stay pursuant to Rhines v. Weber, 544 U.S. 269 (2005), or (2) a request for voluntary dismissal of this action, or of specific claims, without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Clerk shall serve copies of this Order on Petitioner at his current address of record and on counsel for Respondent.

IT IS SO ORDERED.

DATED: February 28, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE